RECEIVED
FILED

JUL 25  3 06 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

1  Name of Attorney  Carl T. Maxwell III
   Bar #    006622
2  Address   1601 Bryan Street
             Dallas, Texas 75201
3  Phone #  972-761-8099
   e-mail address  CaMaxwell@fdic.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

Gloria Solis

                              Debtor(s).

Bankruptcy No.: 11-13351-lbr
Chapter 7

MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. SECTION 2042

Hearing Date: N/A
Hearing Time: N/A

There was a dividend check in the amount $ 1,645.74 in the above-named case issued to IndyMac Bank, FSB. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☐ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☑ Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

Federal Deposit Insurance Corporation (FDIC) was appointed Receiver for IndyMac Bank, FSB on July 11, 2008.

Please attach copies of any supporting documentation.[1]

Date: 7/19/13

*[signature]*
Signature of Claimant or Attorney

Carl T. Maxwell III
Printed Name

1601 Bryan Street

Dallas, Texas 75201
Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2